IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01499-ZLW-BNB

SHAABAN SHAABAN HAFED,

Plaintiff,

v.

HARLEY G. LAPPIN,

Defendant.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion for Allowing Delay Arrangement to Pay a Monthly 20% of 350.00$** [sic] **Required Fee Pursuant to § 1915(b)(1)** [Doc. #11, filed 8/16/07] (the "Motion"). The Motion is DENIED.

The plaintiff remains obligated to pay the full amount of his filing fee or show cause each month why he cannot, pursuant to section 1915(b)(1) and as directed by my previous orders [Doc. #2, issued July 16, 2007; Doc. #7, issued July 31, 2007]. Failure to comply with section 1915(b)(1) and my orders may result in dismissal of the Complaint without prejudice and without further notice.

IT IS ORDERED that the Motion is DENIED.

Dated October 2, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge