IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01499-ZLW-BNB

SHAABAN SHAABAN HAFED,

Plaintiff,

v.

HARLEY G. LAPPIN,

Defendant.

_____

### ORDER
_____

This matter is before me on two papers filed by the plaintiff entitled **Motion for Delay of Payment . . . Pursuant to § 1915(b)(1)** [Docs. #11 and #29].  The papers are not motions; they are inmate trust fund account statements which the plaintiff has submitted in compliance with the Court's Order Granting Plaintiff Leave to Proceed Pursuant to 28 U.S.C. § 1915 [Doc. #2]. Accordingly,

IT IS ORDERED that the plaintiff shall cease entitling his monthly inmate trust fund account statements as motions.  All future account statements shall be entitled "Inmate Trust Fund Account Statement."

Dated October 19, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge