IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01499-ZLW-BNB

SHAABAN SHAABAN HAFED,

Plaintiff,

v.

HARLEY G. LAPPIN,

Defendant.
_____

**ORDER**
_____

This matter is before me on a document filed "under seal" by the plaintiff on December 3, 2007 ("Doc. #47"). Under the local rules of this Court, documents may be sealed only upon motion and a showing of compelling reasons. D.C.COLO.LCivR 7.2A. The document was submitted without an accompanying motion to seal. Accordingly,

IT IS ORDERED that the apparent request by the plaintiff to seal Doc. #47 is DENIED.

IT IS FURTHER ORDERED that the order denying leave to seal is STAYED until **January 2, 2008**.

IT IS FURTHER ORDERED that the plaintiff may submit a motion to seal Doc. #47 in compliance with local rule 7.2 on or before **January 2, 2008**. If the plaintiff fails to submit a motion to seal, or if he fails to establish compelling reasons to seal, Doc. #47 will be unsealed and publicly filed.

IT IS FURTHER ORDERED that the Clerk of the Court shall cause a copy of the local rules of practice to be sent to the plaintiff with a copy of this Order.

Dated December 4, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge