IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01499-ZLW-KMT

SHAABAN SHAABAN HAFED,

    Plaintiff,

v.

HARLEY G. LAPPIN,

    Defendant.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

Plaintiff's "Motion for Emergency Restraining Order From Preventing Plaintiff to Communicate With His Attorney in Appeal Case Docket No: 06-2801" (#19, filed September 26, 2007) is DENIED as moot.

Dated: February 27, 2008