IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01499-ZLW-KMT

SHAABAN SHAABAN HAFED,

    Plaintiff,

v.

HARLEY G. LAPPIN,

    Defendant.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

Plaintiff's "Motion for Procedure Under Fed. R. Civ. P. 16(b)" (#66, filed February 1, 2008) is DENIED as moot.

Dated: February 27, 2008