IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01499-ZLW-KMT

SHAABAN SHAABAN HAFED,

    Plaintiff,

v.

HARLEY G. LAPPIN,

    Defendant.

---

### MINUTE ORDER

---

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant


Plaintiff's "Motion for Submission Additional Evidence for Attack on Motion for Dismiss Official Claims for Damages Doc. #26 Filed Oct. 15, 2007 by Defendant" (#53, filed December 26, 2007) is GRANTED. Exhibits AA1, AA2 and AA3 are accepted for filing.

Dated: February 27, 2008