IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| Civil Action No. 07-cv-01499-ZLW-KMT | FTR |
| Date: June 10, 2008 | Debra Brown, Deputy Clerk |
| SHAABAN SHAABAN HAFED | Elizabeth Jeanelia Hyatt<br>Michael T. Mihm |
| Plaintiff,<br>v. | |
| HARLEY G. LAPPIN | William George Pharo |
| Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

**STATUS CONFERENCE**

**Court in Session: 9:54 a.m.**

Court calls case. Appearances of counsel.

Discussion regarding the outstanding motions and if any of the motions are moot based upon Counsel representing Plaintiff.

**ORDERED:** Plaintiff's Oral MOTION to withdraw [86] MOTION for Temporary Restraining Order by Plaintiff filed on 05/06/2008 is **GRANTED** and [#86] is deemed withdrawn.

**ORDERED**: **GRANTING** [93] MOTION For Extension of Time to File Reply in Support of Motion for Emergency Injunction to Prevent Physical Harm up to and including June 30, 2008

**ORDERED:** The Final Pretrial Conference set for December 01, 2008 is **VACATED.**

**ORDERED:** An additional Scheduling Conference is set for **June 24, 2008 at 9:30 a.m.** An Amended Proposed Scheduling Order is due on or before **June 20, 2008.**

**Court in recess: 10:06 a.m.**
Total In-Court Time 0:12; hearing concluded

\*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.