## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| Civil Action No. 07-cv-01499-ZLW-KMT | FTR |
| Date: June 24, 2008 | Debra Brown, Deputy Clerk |
| SHAABAN SHAABAN HAFED | Elizabeth Jeanelia Hyatt |
| Plaintiff, | |
| v. | |
| HARLEY G. LAPPIN | William George Pharo |
| Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

**SECOND SCHEDULING CONFERENCE**

**Court in Session: 9:30 a.m.**

Court calls the case. Appearances of Counsel.

Discussion by the Court and Counsel regarding pending motions.

[26]   MOTION to Dismiss for Lack of Jurisdiction by Defendant.

**ORDERED:** Plaintiff shall file a Motion to Amend the Complaint, together with the proposed amended complaint on or before July 07, 2008. Defendant shall respond on or before July 18, 2008 addressing the merits of the motion and whether or not the Motion to Dismiss (#26) will be resolved if the Amended Complaint is allowed. A reply, if necessary, shall be filed on or before July 25, 2008.

Discussion by the Court and Counsel regarding [80] APPEAL OF MAGISTRATE JUDGE DECISION to District Court and whether the Courts Order (Document No. 75) has rendered the appeal moot.

**ORDERED:** Counsel for Plaintiff will review the documents and file, if appropriate, a Motion Withdraw the document.

Discussion regarding [83] MOTION for Emergency Injunction to Prevent Irreparable Physical Harm by Plaintiff.

**ORDERED:** Counsel for Plaintiff will review the document and file, if appropriate a Motion to Withdraw the document on or before June 30, 2008.

Discussion by the Court regarding pro se motion re: [100] MOTION for Urgent- Emergency Order Restraining the Renewal of SAM and to give relief to Plaintiff to Have a Fair Appeal.

**ORDERED:** [100] MOTION for Urgent- Emergency Order Restraining the Renewal of SAM and to give relief to Plaintiff to Have a Fair Appeal by Plaintiff is **STRICKEN** without prejudice.

[XX]  Scheduling Order entered as amended.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.
DEADLINES:

| | |
|---|---|
| Joinder of Parties/Amendment to Pleadings: | August 08, 2008 |
| Fact Discovery: | January 30, 2009 |
| Dispositive Motions Deadline: | March 02, 2009 |
| Plaintiff's Disclosure of Experts: | November 01, 2008 |
| Defendant's Disclosure of Experts: | November 01, 2008 |
| Defendant's Rebuttal of Plaintiff's Experts: | December 01, 2008 |
| Plaintiff's Rebuttal of Defendant's Experts: | December 01, 2008 |

A Supplemental Deposition Schedule is due on or before **August 13, 2008.**

**SETTLEMENT CONFERENCE** is not set at this time.

**STATUS CONFERENCE** is set for **October 07, 2008 at 9:45 a.m., Courtroom A-601.** Joint and/or Individual Status Reports are due on or before **September 30, 2008**. The Joint and/or Individual Status Reports should contain current information regarding discovery or any outstanding issues.

**FINAL PRETRIAL CONFERENCE** set for: **May 05, 2009 at 9:45 a.m., Courtroom A-601.**
Valid photo identification is required to enter the courthouse. The proposed final pretrial order shall be filed, and then sent as a Word or WordPerfect attachment to Tafoya_Chambers@cod.uscourts.gov, no later than five (5) business days prior to the Final Pretrial Conference. In the subject line of the e-mail, counsel shall list the case number, short caption, and "proposed final pretrial order." (See www.cod.uscourts.gov for more information.)

**ORDERED:** Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made FIVE (5) business days in advance of the date of appearance.

**Court in Recess: 9:44 a.m.**
Total In-Court Time 0:14, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.