IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01499-ZLW-KMT

SHAABAN SHAABAN HAFED,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
MICHAEL MUKASEY,
HARLEY LAPPIN,
RON WILEY, and
ROD BAUER,
sued in their official capacities,

    Defendants.

---

**ORDER**

---

This matter is before the court on Plaintiff's Pro Se filed "Motion for Emergency Extraordinary Restraining Order to Freeze SAM" [Doc. No. 120, filed August 4, 2008].

The defendant asked this court to find counsel willing to take his case *pro bono* and represent him in this matter. The court did so and counsel has entered on his behalf. Therefore, plaintiff is directed to cease submitting *pro se* documents with the court.

It is hereby ORDERED:

The "Motion for Emergency Extraordinary Restraining Order to Freeze SAM" [Doc. No. 120] is hereby STRICKEN.

Dated this 6th day of August, 2008

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge