IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01499-ZLW-KMT

SHAABAN SHAABAN HAFED,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS;
MICHAEL MUKASEY;
HARLEY LAPPIN;
RON WILEY; and
ROD BAUER, sued in their official capacities,

    Defendants.

---

### ORDER

---

The Court, having reviewed the Motion to Take Deposition of plaintiff Shaaban Shaaban Hafed, sufficient cause appearing, hereby GRANTS the motion. Defendants shall be permitted to take the deposition of Shaaban Shaaban Hafed.

Dated this ___ day of August, 2008.

BY THE COURT:

_____
United States Magistrate Judge