IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01499-ZLW-KMT

SHAABAN SHAABAN HAFED,

    Plaintiff,

v.

HARLEY G. LAPPIN,

    Defendant.

**MINUTE ORDER**

KATHLEEN M. TAFOYA, United States Magistrate Judge

Plaintiff's "MOTION for Emergency Restraining Order by Plaintiff" (#126, filed August 12, 2008) is STRICKEN.

Dated: August 15, 2008