IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01499-ZLW-KMT

SHAABAN SHAABAN HAFED,

    Plaintiff,
v.

FEDERAL BUREAU OF PRISONS,
MICHAEL MUKASEY,
HARLEY LAPPIN,
RON WILEY, and
ROD BAUER,
sued in their official capacities,

    Defendants.

---

**ORDER**

---

This matter is before the court on Michael T. Mihm and Elizabeth J. Hyatt's "Motion to Withdraw as Counsel" [Doc. No. 122, filed August 5, 2008].

The plaintiff, Shaaban Shaaban Hafed petitioned the court, beginning on July 30, 2007, for the court to appoint counsel to represent him in this civil action. His requests were denied until the hearing on February 26, 2008 where this court agreed to place Mr. Hafed on a list of persons for whom the Clerk of Court would attempt to find pro bono counsel. On March 12, 2008 the court was advised that the law firm of Starrs Mihm & Pulkrabek, LLP was looking at the case and considering entering as pro bono counsel. At the beginning of April, 2008, the court was advised that the law firm would be taking the case and the attorneys went through a limited

background check by the F.B.I. in order to be allowed to meet with Mr. Hafed. Michael Mihm and Elizabeth Hyatt did not actually enter their appearance until May 23, 2008, indicating to this court ample time to review the case, meet and confer with their new client and analyze all the benefits and pitfalls of taking on representation in a case such as this.  Once representation is undertaken, especially considering the time, effort and expense of qualifying counsel in this particular case, the court will not treat lightly the obligation of the attorneys to their client to act in his best interests.

It is therefore **ORDERED**:

Michael T. Mihm and Elizabeth J. Hyatt's "Motion to Withdraw as Counsel" [Doc. No. 122] is DENIED.

Dated this 15th day of August, 2008.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge