IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01499-ZLW-KMT

SHAABAN SHAABAN HAFED,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
MICHAEL MUKASEY,
HARLEY LAPPIN,
RON WILEY, and
ROD BAUER,
sued in their official capacities,

    Defendants.

**ORDER**

    This matter is before the court on Harley G. Lappin's "Motion to Dismiss Official Capacity Claims for Damages" [Doc. No. 26, viled October 15, 2007].

    An Amended Complaint, prepared by plaintiff's pro bono counsel was accepted for filing on August 4, 2008. [Doc. No. 119.] The filing of the Amended Complaint was not objected to on behalf of Harley G. Lappin and the United States Attorney's Office indicated it did not intend to pursue an amended Motion to Dismiss on the same grounds as the motion under consideration herein. [Doc. No. 114.] The court will construe that statement as a withdrawal of the Motion to Dismiss, Doc. No. 26.

The Defendants are **ORDERED** to Answer or otherwise respond to the Amended Complaint on or before **August 25, 2008.**

Is is further **ORDERED**

Harley G. Lappin's "Motion to Dismiss Official Capacity Claims for Damages" [Doc. No. 26] is WITHDRAWN.

Dated this 15th day of August, 2008.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge