IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01499-ZLW-KMT

SHAABAN SHAABAN HAFED,

    Plaintiff,

v.

HARLEY G. LAPPIN,

    Defendant.

---

**MINUTE ORDER**

---

KATHLEEN M. TAFOYA, United States Magistrate Judge

Plaintiff's "MOTION for Preliminary Injunction For Immediate Relief and Freezing of SAM" (#135, filed August 20, 2008) is **STRICKEN**.

Dated: August 21, 2008