IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01499-ZLW-KMT

SHAABAN SHAABAN HAFED,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
MICHAEL MUKASEY,
HARLEY LAPPIN,
RON WILEY, and
ROD BAUER,
sued in their official capacities,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Plaintiff's "Motion for Emergency Restraining Order to Immediate Communication with Attorneys" (#143, filed August 26, 2008) and "Motion for Urgent-Emergency Restraining Order to Allow Communication with Family Immediate Members and with Foreign Consuls Which Plaintiff is Citizen of It" (#146, filed August 28, 2008) are STRICKEN.

Dated: August 29, 2008