IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01499-ZLW-KMT

SHAABAN SHAABAN HAFED,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
MICHAEL MUKASEY,
HARLEY LAPPIN,
RON WILEY, and
ROD BAUER,
sued in their official capacities,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Plaintiff's "Unopposed Motion to Vacate and Reset September 26, 2008 Motions Hearing" (#158, filed September 11, 2008) is GRANTED. The Motion Hearing set for September 26, 2008 is VACATED and RESET for October 3, 2008 at 9:00 a.m.

Plaintiff's "Unopposed Motion for Extension of Time to Respond to Motion to Dismiss" (#159, filed September 11, 2008) is GRANTED. Plaintiff shall file his response to Defendants' Partial Motion to Dismiss within ten (10) days from the date of the ruling on the Renewed Motion to Withdraw as Counsel (Doc. No. 150).

Dated: September 15, 2008