IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01499-ZLW-KMT

SHAABAN SHAABAN HAFED,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
MICHAEL MUKASEY,
HARLEY LAPPIN,
RON WILEY, and
ROD BAUER,
sued in their official capacities,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Plaintiff's "Motion for Clearance and Explanation" (#167, filed September 29, 2008) is GRANTED. The court construes this motion as a motion for clarification. The court did receive Plaintiff's Reply (#156, filed September 11, 2008). However, Plaintiff is, at this point and at the point he filed the response to the motion to dismiss, represented by counsel. If Plaintiff's counsel are permitted to withdraw, the court will consider the response brief filed by Plaintiff Shaaban Shaaban Hafed on September 11, 2008. Otherwise, Plaintiff's counsel shall file Plaintiff's response to the partial motion to dismiss within ten days from the date of ruling on the motion to withdraw as counsel.

Plaintiff, or his case manger, shall arrange for his participation via telephone and shall call **(303) 335-2780** at the scheduled time. The Clerk of Court is hereby ORDERED to send a copy of this order to Plaintiff's case manager at U.S. Penitentiary Administrative Maximum, P.O. Box 8500, Florence, CO 81226-8500.

Dated: September 30, 2008