IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| Civil Action No. 07-cv-01499-ZLW-KMT | FTR |
| Date: October 03, 2008 | Debra Brown, Deputy Clerk |
| SHAABAN SHAABAN HAFED | Elizabeth Jeanelia Hyatt |
|     Plaintiff, | Plaintiff by Telephone |
| v. | |
| HARLEY G. LAPPIN | Susan Begesse Prose |
|     Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTIONS HEARING**

**Court in Session: 9:54 a.m.**

Court calls case. Appearances of counsel. Appearing by telephone is plaintiff Hafed.

Court summarizes its efforts to appoint representation for plaintiff.

Plaintiff answers questions asked by the Court.
Plaintiff states the basic problem is communication.
Court states counsel's representation responsibilities and requirements for filing motions (merits/frivolous).
Plaintiff states he wants to represent himself.
Ms. Hyatt declines comment.
Ms. Prose states defendant does not oppose motion.

**ORDERED:** Plaintiff's [150] Renewed MOTION to Withdraw Michael T. Mihm and Elizabeth J. Hyatt as Attorney is **GRANTED**. Counsel are withdrawn.

Court informs plaintiff of procedures with respect to filing motions to reinstate or refiling.
Dicussion regarding pending motions [139], [155], [152] [162] and [163].

Ms. Prose states defendant withdraws its Motion to Strike Pleadings.

**ORDERED:** Defendant's [165] MOTION to Strike Pleadings filed by Plaintiff is **WITHDRAWN**.

**ORDERED:** Defendant has 15 days to file a reply to [139] Partial MOTION to Dismiss Plaintiff's First Amended Complaint and respond to [155] MOTION for Restraining Order to Allow Plaintiff to Communicate With Publishing Complanies (sic) As Necessary Matter. Defendant has 20 days to respond to plaintiff's Appeals to Magistrate Judge Decision, [152] [162] and [163].

**ORDERED:** Plaintiff has 20 days to file any motion to reinstate or to withdraw motion(s).

**Court in recess: 10:06 a.m.**     Total In-Court Time 0:12; hearing concluded.