IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01499-ZLW-KMT

SHAABAN SHAABAN HAFED,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
MICHAEL MUKASEY,
HARLEY LAPPIN,
RON WILEY, and
ROD BAUER,
sued in their official capacities,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Plaintiff's "Motion request for reinstate all motions which were striken last 3 months and to reinstate all motions which were withdrawed in result of bad judgment of unauthorizing attorneys" [sic] (#178, filed October 15, 2008) is DENIED.

To the extent Plaintiff wishes to have the court reinstate documents 135, 155, 146, 143, and 126, the court finds the motions are unintelligible, incomprehensible, duplicative, and prolix. To the extent Plaintiff wishes to have the court reinstate documents 32, 69, 80, and 83, which were withdrawn by Plaintiff's former counsel, the court again finds the motions are unintelligible, incomprehensible, duplicative, and prolix. Plaintiff may refile any of these motions for the court's consideration. To the extent Plaintiff wishes to amend his complaint to reinstate all claims asserted in his July 2007 original complaint, the court finds this request incomprehensible. However, Plaintiff may file a motion to amend his complaint, stating the grounds for his motion and attaching a proposed amended complaint for the court's review.

Plaintiff is cautioned against filing duplicative motions. In addition, Plaintiff is reminded that, pursuant to D.C.COLO.LCivR 7.1C, any motion he files involving a contesting issue of law shall state under which rule or statute it is filed and be supported by a recitation of legal authority incorporated into the motion. If Plaintiff is unable to confine himself to the rules of pleading and practice in this District, this court will endeavor to do so for him by routinely striking any and all documents filed with the court which do not comport with the rules of pleading set forth in the Local Rules of Practice and the Federal Rules of Civil Procedure.

Dated: October 17, 2008