IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-01499-ZLW-BNB

SHAABAN SHAABAN HAFED,

    Plaintiff,
v.

FEDERAL BUREAU OF PRISONS;
MICHAEL MUKASEY;
HARLEY LAPPIN;
RON WILEY; and
ROD BAUER, sued in their official capacities,

    Defendants.

---

ORDER

---

On September 9, 11, and 15, 2008, Plaintiff filed three objections (Doc. Nos. 152, 162, and 163) to three Orders issued by Magistrate Judge Kathleen M. Tafoya. On October 3, 2008, Magistrate Judge Tafoya ordered that Defendants had 20 days to file any response to Plaintiff's objections. (Doc. No. 175). Then, on October 15, 2008, while his objections were still pending, Plaintiff filed a motion (Doc. No. 178) which the undersigned Judge considers to have been a motion for reconsideration of the three objected-to Orders. Magistrate Judge Tafoya denied that motion on October 17, 2008, (Doc. No. 180). Defendants now state in their Notification Regarding Response To Appeals Of Decisions Of The United States Magistrate Judge (Doc. No. 186) that they consider Magistrate Judge Tafoya's Order of October 17, 2008, to moot the necessity

for any response by Defendants to two of Plaintiff's objections (Doc. Nos. 152 and 162) and part of the third (Doc. No. 163), and that Plaintiff's recourse now is to file an objection to the October 17, 2008, Order.  While the Court finds some merit to Defendants' position, for purposes of judicial efficiency in these *pro se* proceedings, the Court rules as follows: it is

ORDERED that Plaintiff may file any objection to Magistrate Judge Tafoya's October 17, 2008, Order on or before November 10, 2008.  It is

FURTHER ORDERED that Defendants may file a response to any objection to the October 17, 2008, Order on or before November 20, 2008.  It is

FURTHER ORDERED that the deadline for any response by Defendants to Plaintiff's currently pending objections (Doc. Nos. 152, 162, and 163) is extended to November 20, 2008.  It is

FURTHER ORDERED that the Court will issue an Order ruling on all of Plaintiff's pending objections after the deadline for filing responses has passed.

DATED at Denver, Colorado, this  29  day of October, 2008.

BY THE COURT:

s/ Zita L. Weinshienk
_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court