IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01499-ZLW-KMT

SHAABAN SHAABAN HAFED,

    Plaintiff,
v.

FEDERAL BUREAU OF PRISONS,
MICHAEL MUKASEY,
HARLEY LAPPIN,
RON WILEY, and
ROD BAUER,
sued in their official capacities,

    Defendants.

---

**ORDER**

---

This matter is before the court on Plaintiff's "Motion for written deposition instead of oral examination because of extraordinary circumstances" (Doc. No. 254); "Motion request for allow plaintiff to communicate with his trial witnesses and to ask them for disclosures material under Rule 26, because the SAMs restrictions depriving him from communication" (Doc. No. 255); "Motion request for sanctions against Ms. Prose and Mr. B. Brieschke, attroneys for attempt to deliberately misleading the court and cheating the justice" (Doc. No. 256); and "Motion to take deposition of defendants and material witnesses in the case" (Doc. No. 257).

Rule 7.1A of the District of Colorado Local Rule of Civil Practice provides:

> A. Duty to Confer. The court will not consider any motion, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a pro se

> party, before filing the motion, has conferred or made reasonable, good-faith
> efforts to confer with opposing counsel or a pro se party to resolve the disputed
> matter. The moving party shall state in the motion, or in a certificate attached to
> the motion, the specific efforts to comply with this rule.

*Id.* None of these motions contain the required statement of conferral or attempted conferral in the motion or in an attached certificate. None of the motions sets forth any effort made by the plaintiff to confer with opposing counsel before filing the motion. The special security provisions imposed on Plaintiff do not keep him from communicating with defendants' counsel. Accordingly, the document numbers 254, 255, 256, and 257 are STRICKEN for Plaintiff's failure to comply with the District of Colorado Local Rule of Civil Practice 7.1A.

Dated this 3rd day of March, 2009.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge