IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01499-ZLW-KMT

SHAABAN SHAABAN HAFED,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
MICHAEL MUKASEY,
HARLEY LAPPIN,
RON WILEY, and
ROD BAUER,
sued in their official capacities,

    Defendants.

# ORDER

This matter is before the court on Plaintiff's "Motion for Recusal Under 28 U.S.C.A. § 144 and 28 U.S.C.A. § 455" (Doc. No. 276) filed March 12, 2009. This court addresses only the portion of the motion requesting that I recuse myself. Mr. Hafed requests that I recuse myself because of bias, prejudice, and impartiality during the proceeding of this case.

Pursuant to 28 U.S.C. § 455(a), a Magistrate Judge shall disqualify herself "in any proceeding in which [her] impartiality might reasonably be questioned." Plaintiff's motion makes no allegations and states no facts regarding me in the motion. In addition,

> judicial rulings alone almost never constitute valid basis for a bias or partiality motion. In and of themselves, (i.e., apart from surrounding comments or accompanying opinion), they cannot possibly show reliance on an extrajudicial source; and can only in the rarest circumstances evidence the degree of favoritism

> or antagonism required . . . when no extrajudicial source is involved . . . . Second, opinions formed by the judge on the basis of facts introduced or events occurring in the course of the current proceedings, or of prior proceedings, do not constitute a basis for a bias or partiality motion unless they display a deep-seated favoritism or antagonism that would make fair judgment impossible.

*Liteky v. United States*, 510 U.S. 540, 555 (1994) (citation omitted). The test for recusal is an objective one. *United States v. Cooley*, 1 F.3d 985, 994 (10th Cir. 1993). Moreover, "[t]here is as much obligation for a judge not to recuse when there is no occasion for [her] to do so as there is for [her] to do so when there is." *Hinman v. Rogers*, 831 F.2d, 937, 939 (10th Cir. 1987).

I find no reason why my impartiality might objectively or reasonably be questioned in this case. Therefore, as it relates to the recusal of Magistrate Judge Tafoya, Plaintiff's motion is DENIED.

Dated this 16th day of March, 2009.

**BY THE COURT:**

_____
Kathleen M. Tafoya
United States Magistrate Judge