IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01499-ZLW-KMT

SHAABAN SHAABAN HAFED,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
MICHAEL MUKASEY,
HARLEY LAPPIN,
RON WILEY, and
ROD BAUER,
sued in their official capacities,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Emergency retraining order in the interest of justice" (Doc. No. 347, filed April 20, 2009) and "Motion for Emergency–Urgent restraining order to stop the prejudice delay of access to the court caused by the defendants" (Doc. No. 372, filed May 8, 2009) are STRICKEN for failure to comply with D.C.Colo.LCivR 7.1A.

Plaintiff's "Motion . . . to impose Sanction against dishonest defendants' attorney Ms. S. Prose" (Doc. No. 349, contained in Plaintiff's April 20, 2009 response to the motion to dismiss) is DENIED.  The court finds no evidence that Ms. Prose has been dishonest.  Plaintiff is reminded that a motion shall not be included in a response or reply to the original motion. D.C.Colo.LCivR 7.1C.

Dated: May 14, 2009