IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01499-ZLW-KMT

SHAABAN SHAABAN HAFED,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
MICHAEL MUKASEY,
HARLEY LAPPIN,
RON WILEY, and
ROD BAUER,
sued in their official capacities,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for emergency retraining order to allow plaintiff to communicate with witnesses, typist and free access to court" (Doc. No. 381, filed May 27, 2009) is STRICKEN for failure to comply with D.C.Colo.LCivR 7.1A. Plaintiff states he conferred with prison authorities regarding these motions. That is insufficient. As Plaintiff has been advised on numerous occasions, he must confer with the defendants' counsel before filing motions.

Dated: May 28, 2009